FILED BY FAX
PURSUANT TO LOCAL RULES
WESTERN ATTORNEY, SERVICES

1  LIONEL Z. GLANCY, #134180
   **GLANCY BINKOW & GOLDBERG LLP**
2  1801 Avenue of the Stars, Suite 311
   Los Angeles, California 90067
3  Telephone: (310) 201-9150
   Facsimile: (310) 201-9160
4
   Susan G. Kupfer # 141724
5  **GLANCY BINKOW & GOLDBERG LLP**
   One Embarcadero Center, Suite 760
6  San Francisco, CA 94115
   Telephone: (415) 972-8160, ext: 225
7  Facsimile: (415) 972-8166

8  Arthur N. Abbey
   Nancy Kaboolian
9  Richard B. Margolies
   **ABBEY SPANIER ROOD & ABRAMS, LLP**
10 212 East 39th Street
   New York, New York 10016
11 Telephone: (212) 889-3700
   Facsimile: (212) 684-5191
12 Email: nancykaboolian@abbeyspanier.com

13 Attorneys for Plaintiff Frederic Greenwald

14 **UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| FREDERIC GREENWALD, On Behalf of Himself and All Others Similarly Situated, Plaintiff, v. XIAOFENG PENG, JACK LAI, and LDK SOLAR CO., LTD. Defendants. | Civil Action No. **CERTIFICATION OF ATTORNEY LIONEL Z. GLANCY PURSUANT TO NORTHERN DISTRICT CIVIL LOCAL RULE 3-7(d)** |

C 07 5259

Pursuant to Northern District Local Rule 3-7(d), I, Lionel Z. Glancy, declare as follows:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the State of California that the

CERTIFICATION OF ATTORNEY LIONEL Z. GLANCY PURSUANT TO NORTHERN DISTRICT CIVIL LOCAL RULE 3-7(d)
1

foregoing facts are true and correct. Executed on October 12, 2007, at Los Angeles, California.

_____
Lionel Z. Glancy

CERTIFICATION OF ATTORNEY LIONEL Z. GLANCY PURSUANT TO NORTHERN DISTRICT CIVIL LOCAL RULE 3-7(d)
2