| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | SHAWN A. WILLIAMS (213113) |
|   | 100 Pine Street, 26th Floor |
| 3 | San Francisco, CA  94111 |
|   | Telephone: 415/288-4545 |
| 4 | 415/288-4534 (fax) |
|   | shawnw@csgrr.com |
| 5 |       – and – |
|   | DARREN J. ROBBINS (168593) |
| 6 | MARY K. BLASY (211262) |
|   | 655 West Broadway, Suite 1900 |
| 7 | San Diego, CA  92101 |
|   | Telephone: 619/231-1058 |
| 8 | 619/231-7423 (fax) |
|   | darrenr@csgrr.com |
|   | maryb@csgrr.com |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALLAN CANDELORE, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | No. C-07-05182-WHA |
| Plaintiff, | ) ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) | |
| LDK SOLAR CO., LTD., et al., | ) ) | |
| Defendants. | ) ) | |
| THOMAS O' REILLY, | ) | No. C-07-05205-CRB |
| Plaintiff, | ) ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) | |
| LDK SOLAR CO., LTD., et al., | ) ) | |
| Defendants. | ) ) | |

[Caption continued on following page.]

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND DEFERRING RESPONSE DATE**

| | | |
|---|---|---|
| 1 | FREDRICK GRENWALD, individually and on Behalf All Others Similarly Situated, ) ) | No. C-07-05259-MHP |
| 2 | ) | <u>CLASS ACTION</u> |
| | Plaintiff, ) | |
| 3 | ) | |
| | vs. ) | |
| 4 | ) | |
| | LDK SOLAR CO., LTD., et al., ) | |
| 5 | ) | |
| | Defendants. ) | |
| 6 | ) | |

1  WHEREAS, there are currently three related securities class action lawsuits instituted on behalf of the stockholders of LDK Solar Co. Ltd. ("LDK") pending in this District;

WHEREAS, consolidation of these related actions will promote judicial economy, avoid duplicative law and motion and discovery proceedings, and streamline adjudication of these related matters;

WHEREAS, a lead plaintiff has not yet been appointed pursuant to 15 U.S.C. §78u 4(a)(3)(B) of the Securities Exchange Act of 1934;

WHEREAS, LDK and LDK Solar USA, Inc., through their counsel of record indicated below, have agreed to waive process of service without waiving any challenges as to jurisdiction or venue; and

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to either party,

IT IS HEREBY STIPULATED by the parties, through their counsel of record, that:

1. The following actions are hereby consolidated for all purposes, including pretrial proceedings, trial and appeal, pursuant to Fed. R. Civ. P. 42(a):

| Abbreviated Case Name | Civil Case No. | Date Filed |
|---|---|---|
| *Candelore v. LDK Solar Co., Ltd., et al.* | 07cv05182 | 10/09/07 |
| *O'Reilly v. LDK Solar Co., Ltd., et al.* | 07cv05205 | 10/11/07 |
| *Greenwald v. Peng, et al.* | 07cv05259 | 10/16/07 |

2. The caption of these consolidated cases shall be "*In re LDK Solar Securities Litigation*" and the files of this action shall be maintained in one file under Master File No. C-07-05182-WHA. Any other actions now pending or hereafter filed in this District which arise out of the same facts and claims as alleged in these related actions shall be consolidated for all purposes, if and when they are brought before this Court and the Court accepts the transfer and approves consolidation;

3. Without waiving any challenges to jurisdiction or venue, LDK and LDK Solar USA, Inc., through their counsel of record indicated below, agree to waive process of service;

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND DEFERRING RESPONSE DATE** - C-07-05182-WHA                                                                              - 1 -

4. Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION ) | Master File No. C-07-05182- WHA |
| ) | |
| This Document Relates to: ) | |
| ) | |
| ) | <u>CLASS ACTION</u> |
| ) | |
| ) | |

5. When a pleading is intended to apply to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates to:" in the caption set out above. When a pleading is intended to apply only to some, but not all of the consolidated actions, this Court's docket number for the individual action to which the document applies along with the last name of the first-listed plaintiff in said action shall appear immediately after the words "This Document Relates to:" in the caption described above;

6. From the date of entry of this Order, the parties shall comply with 15 U.S.C. §78u-4(b)(3)(C)(i), without regard to whether a stay under 15 U.S.C. §78u-4(b)(3)(B) is in effect, and shall comply with 15 U.S.C. §78u-4(b)(3)(C)(i) provisions concerning documents, including, but not limited to, electronic documents and e-mail, relevant to allegations contained in any and all of the pleadings in these actions, including any consolidated class action complaint;

7. Within 20 days of the appointment of a lead plaintiff and lead counsel in the consolidated action, lead plaintiff shall designate one of the complaints operative or establish a schedule for filing a consolidated complaint which shall be the operative complaint and which shall supercede all previously filed complaints. Defendants need not respond to any preceding complaints. Lead plaintiff and defendants shall also negotiate a briefing schedule on defendants' anticipated motion to dismiss the operative complaint;

8. The parties shall effect service of papers filed with the Court on opposing counsel by overnight mail service, hand delivery, or facsimile, unless otherwise agreed. After the Court appoints lead plaintiff's counsel, defendants may serve all plaintiffs' counsel who are not appointed

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND
DEFERRING RESPONSE DATE** - C-07-05182-WHA                                                                                    - 2 -

1  as lead counsel by regular mail, but must continue to serve lead plaintiff's counsel by overnight mail
2  service, hand delivery, or facsimile.
3      IT IS SO STIPULATED.
4  DATED: November 6, 2007    COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
5      DARREN J. ROBBINS
    MARY K. BLASY

       s/ MARY K. BLASY
    MARY K. BLASY

    655 West Broadway, Suite 1900
    San Diego, CA  92101
    Telephone:  619/231-1058
    619/231-7423 (fax)

    COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
    SHAWN A. WILLIAMS
    100 Pine Street, 26th Floor
    San Francisco, CA  94111
    Telephone:  415/288-4545
    415/288-4534 (fax)

    Attorneys for Plaintiff Allan Candelore

DATED: November 6, 2007    SCHATZ NOBEL IZARD P.C.
    ANDREW M. SCHATZ
    JEFFREY S. NOBEL
    MARK P. KINDALL

       s/ MARK P. KINDALL (with permission)
    MARK P. KINDALL

    20 Church Street, Suite 1700
    Hartford, CT  06103
    Telephone:  860/493-6292
    860/493-6290 (fax)

    Attorneys for Plaintiff Thomas O'Rielly

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND DEFERRING RESPONSE DATE** - C-07-05182-WHA    - 3 -

| | |
|---|---|
| DATED: November 6, 2007 | GLANCY BINKOW & GOLDBERG LLP<br>LIONEL GLANCY |
| | |
| |    s/ LIONEL GLANCY (with permission)<br>LIONEL GLANCY |
| | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Telephone: 310/201-9150<br>310/201-9160 (fax) |
| | GLANCY BINKOW & GOLDBERG LLP<br>SUSAN G. KUPFER<br>One Embarcadero Center, Suite 760<br>San Francisco, CA 94115<br>Telephone: 415/972-8160<br>415/972-8166 (fax) |
| | Attorneys for Plaintiff Fredrick Greenwald |
| DATED: November 6, 2007 | LATHAM & WATKINS LLP<br>JAMES J. FARRELL |
| |    s/ JAMES J. FARRELL (with permission)<br>JAMES J. FARRELL |
| | 633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007<br>Telephone: 213/485-1234<br>213/891-8763 (fax) |
| | Attorneys for Defendants LDK Solar Co., Ltd., LDK Solar USA, Inc., Xiaofeng Peng, XingXue Tong, and Jack Lai |

**O R D E R**

IT IS SO ORDERED.

DATED: _____November 7, 2007._____       _____
                                                                 THE HONORABLE WILLIAM H. ALSUP
                                                                 UNITED STATES DISTRICT JUDGE

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" / Judge William Alsup)*

CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 6, 2007.

          s/ MARY K. BLASY
MARY K. BLASY

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: maryb@csgrr.com

# Mailing Information for a Case 3:07-cv-05182-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary K. Blasy**
  maryb@lerachlaw.com,e_file_sf@lerachlaw.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)